UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:16-CR-38-1FL
Civil No. 5:20-CV-251-FL

| | |
|---|---|
| CAJRON RASAHN HUNTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **40** days of the filing of this order.

SO ORDERED, this the 10th day of June, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge